1 BENJAMIN B. WAGNER
United States Attorney
2 DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
3 Social Security Administration
4 JENNIFER A. KENNEY
Special Assistant United States Attorney
5     160 Spear Street, Suite 800
    San Francisco, California 94105
6     Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
7     E-Mail: Jennifer.A.Kenney@SSA.gov
8
Attorneys for Defendant
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CHRISTINE BALLESTERO, | Case No. 1:15-cv-01798-SKO |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF 30 DAYS FOR DEFENDANT TO FILE THE CERTIFIED ADMINISTRATIVE RECORD |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file the Certified Administrative Record (CAR).  This first extension is necessary due to the fact that the Social Security Administration's records component receives an extensive volume of requests for records nationally, and the Defendant requires the additional time requested to properly compile and produce the CAR to be utilized by all parties in this suit.

Therefore, with this Court's approval, the Court's Scheduling Order shall be extended by 30 days, so that the Defendant may file the CAR on or before May 13, 2016, with all other dates in the Court's Scheduling Order to be extended accordingly.

Respectfully submitted,

Dated: April 12, 2016          /s/ *Vijay Patel

(*as authorized by email on Apr. 11, 2016)

VIJAY PATEL

LAW OFFICES OF LAWRENCE D. ROHLFING

Attorney for Plaintiff


Dated: April 12, 2016          BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By:   /s/  Jennifer A. Kenney
JENNIFER A. KENNEY
Special Assistant U.S. Attorney
Attorneys for Defendant


**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant's request for additional time to file the certified administrative record is GRANTED; and

2. All further deadlines in the Court's Scheduling Order (Doc. 3) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **April 17, 2016**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

2