PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DIANA CHRISTINE BALLESTERO, ) | Case No.: 1:15-CV-01798-SKO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR AN |
| ) | EXTENSION OF 7 DAYS FOR |
| vs. ) | DEFENDANT TO FILE HER OPPOSITION |
| ) | TO PLAINTIFF'S OPENING BRIEF |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 7 days to file her Opposition to Plaintiff's Opening Brief. This is Defendant's first request for extension. Counsel for Defendant is experiencing some medical issues that have taken her out of the office unexpectedly. The additional time requested will enable counsel for Defendant to adequately research the issues Plaintiff has presented. The current due date is September 16, 2016. The new due date will be September 23, 2016.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 15, 2016        /s/ *Cyrus Safa
                                 (*as authorized by email on Sept. 15, 2016)
                                 CYRUS SAFA
                                 Law Offices of Lawrence D. Rohlfing
                                 Attorney for Plaintiff

Dated: September 15, 2016        PHILLIP A. TALBERT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX,
                                 Social Security Administration

                          By:    /s/  Jennifer A. Kenney
                                 JENNIFER A. KENNEY
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

**ORDER**

Based on the above stipulation of the parties, IT IS HEREBY ORDERED that Defendant is granted an extension of time, up to and including September 23, 2016, to file an opposition brief.  All other deadlines set forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated:  **September 16, 2016**                    /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE